LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:  (415) 882-3288
Facsimile:   (415) 882-3299
E-Mail:      ltownsend@owe.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA BLOOMFIELD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EMPIRE TRADING, a Canadian company of unknown constitution; and HOMEGOODS, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV10-3545-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT HOMEGOODS, INC. TO RESPOND TO THE COMPLAINT**  ; ORDER |

WHEREAS, the deadline for Defendant HomeGoods, Inc. ("HomeGoods") to respond to the Complaint is September 20, 2010; and

WHEREAS, no previous extension of time has been granted to HomeGoods; and

WHEREAS the Local Rules for the United States District Court for the Northern District of California provide that the parties may stipulate to extend the time within which to answer or otherwise respond to the initial complaint in an action without court approval, so long as the extension of time does not affect the date of any other events or deadlines fixed by Court order.

1  IT IS HEREBY STIPULATED by Plaintiff and HomeGoods, through their counsel, that the time for HomeGoods to file and serve its response to the Complaint shall be extended up to and including October 20, 2010.  Entry into this stipulation shall be without waiver of any party's respective rights, remedies, or positions.

Dated: September 16, 2010        ALSTON & BIRD LLP

By: /s/ Larry C. Jones
LARRY C. JONES
Attorneys for Defendant,
HomeGoods, Inc.

Dated: September 20, 2010        LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ Lawrence G. Townsend
LAWRENCE G. TOWNSEND
Attorneys for Plaintiff,
Valentina Bloomfield

LEGAL02/32175828v1

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I am a citizen of the United States; employed in the County of San Francisco, State of California, over the age of eighteen; and not a party to this action. My business address is 455 Market Street, 19th Floor, San Francisco, California 94105.

On September 20, 2010, I served the below listed document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANT HOMEGOODS, INC. TO RESPOND TO THE COMPLAINT**

by placing a true copy of said document(s) in a sealed envelope with postage fully prepaid in a United States Post Office mail box at San Francisco, California, addressed as follows:

Larry C. Jones
Alston & Bird LLP
101 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000

Direct Fax: (704) 444-1759
Email: Larry.Jones@Alston.com

[X] BY MAIL: Such correspondence was deposited, with postage fully prepaid, in a United States Post Office mail box at San Francisco, California on the same day in the ordinary course of business.

[ ] BY PERSONAL SERVICE: Such envelope was delivered by hand to the offices of the addressee.

[ ] BY FACSIMILE: Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] BY ELECTRONIC MAIL: Such document(s) was/were transmitted to the e-mail address(es) listed above. No notification of an undeliverable e-mail was received.

I declare, under penalty of perjury, that the foregoing is true and correct and is executed September 20, 2010 at San Francisco, California.

_____
B.C. Dunne