UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| VALENTINA BLOOMFIELD,<br>    Plaintiff,<br><br>    v.<br><br>EMPIRE TRADING, et al.,<br>    Defendants.<br>_____/ | No. C 10-3545 EMC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     as yet unscheduled<br>Mediator: Suzanne Nusbaum |

    IT IS HEREBY ORDERED that the representative for defendants Empire Trading and HomeGoods are excused from personally attending the mediation before Suzanne Nusbaum. In accordance with the parties' agreement, a representative from Empire Trading's insurer with full settlement authority on behalf of all defendants will attend the session in person, while the representative from Empire Trading will attend by videoconference and the representative from HomeGoods will be available by telephone, in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 5, 2011                    By:     _/s/ Elizabeth D. Laporte_
Dated                                      Elizabeth D. Laporte
                                           United States Magistrate Judge