LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone:   (415) 882-3288
Facsimile:    (415) 882-3299
E-Mail:        ltownsend@owe.com

Attorneys for Plaintiff VALENTINA BLOOMFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA BLOOMFIELD, an individual, | Case No. CV10 3545 EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| EMPIRE TRADING, a Canadian company of unknown constitution; and HOMEGOODS, INC., a Delaware corporation, | [FRCP 41(a)(1) and (2)] |
| Defendants. | |

1

Stipulation And Order Of Dismissal Of Action With Prejudice; Case No. CV10 3545 EMC

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys of record, that the entire action herein be dismissed with prejudice pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: February 2, 2011       LAW OFFICES OF LAWRENCE G. TOWNSEND


By: _____/s/ Lawrence G. Townsend_____
       Lawrence G. Townsend
Attorneys For Plaintiff VALENTINA BLOOMFIELD

Dated: February 2, 2011       BURNHAM BROWN


By: _____/s/ Melissa A. Horst_____
       Melissa A. Horst
Attorneys For Defendants EMPIRE TRADING and HOMEGOODS, INC.

### ORDER

Pursuant to stipulation of the parties, and Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the entire action herein be and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: February __3__, 2011       _____
       Edward M. Chen
       Judge of the District Court

*IT IS SO ORDERED* — Judge Edward M. Chen (UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

S:\LGT-TENA\Bloomfield\Dismissal-Stip&Order.wpd

2

Stipulation And Order Of Dismissal Of Action With Prejudice; Case No. CV10 3545 EMC